FORM 1

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 18-57492 | | Trustee Name: | Brent A. Stubbins |
|---|---|---|---|---|
| Case Name: | FARRISTER, ANTHONY C AND FARRISTER, MELISSA A | | Date Filed (f) or Converted (c): | 11/28/2018 (f) |
| For the Period Ending: | 1/9/2019 | | §341(a) Meeting Date: | 01/08/2019 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2016 Ram 1500 Mileage: 51,000 | $25,000.00 | $0.00 | | $0.00 | FA |
| 2  2013 Ford Focus Mileage: 130,000 | $4,500.00 | $0.00 | | $0.00 | FA |
| 3  Miscellaneous furniture, household goods and appliances | $6,000.00 | $0.00 | | $0.00 | FA |
| 4  Miscellaneous televisions and other electronics | $1,800.00 | $0.00 | | $0.00 | FA |
| 5  Trampoline | $300.00 | $0.00 | | $0.00 | FA |
| 6  Go Kart | $500.00 | $0.00 | | $0.00 | FA |
| 7  Ruger .45 semiauto Pistol, Ruger .38 semiouto pistol | $400.00 | $0.00 | | $0.00 | FA |
| 8  Miscellaneous clothing | $2,000.00 | $0.00 | | $0.00 | FA |
| 9  Engagement ring, anniversary bankd and costume jewelry | $1,400.00 | $0.00 | | $0.00 | FA |
| 10 Checking Huntington National Bank | $500.00 | $0.00 | | $0.00 | FA |
| 11 Flexible Spending Account Business Plans | $108.21 | $0.00 | | $0.00 | FA |
| 12 Savings Huntington National Bank | $16.00 | $0.00 | | $0.00 | FA |
| 13 401(k) EnLink Midstream Operating, LP 401(k) Trust | $1,926.32 | $0.00 | | $0.00 | FA |
| 14 Wages garnished by Trinity Health System in 90 days before petition filed | $1,250.00 | $0.00 | | $0.00 | $1,250.00 |

Asset Notes:    Investigating this preference

**TOTALS (Excluding unknown value)**                                                                                        **Gross Value of Remaining Assets**

$45,700.53        $0.00                                                                $0.00        $1,250.00

Initial Projected Date Of Final Report (TFR):    11/29/2019            /s/ BRENT A. STUBBINS
Current Projected Date Of Final Report (TFR):                           BRENT A. STUBBINS